07-CV-05012-ORD

FILED _____ LODGED
_____ RECEIVED

APR 18 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

LOTTIE HOUSTON, an individual,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

NO. 3:C07-cv-5012-RBL

ORDER EXTENDING THE DUE DATE FOR JOINT STATUS REPORT FROM APRIL 17, 2007 TO APRIL 24, 2007

**THIS MATTER** having come regularly on for hearing before the undersigned Judge of the above-entitled court, the parties appearing through their respective counsel, and counsel having agreed to entry of an order extending the due date for the Joint Status Report from April 17, 2007 until April 24, 2007, and the court being fully advised in the premises, now, therefore, does hereby

**ORDERED, ADJUDGED AND DECREED** that the due date for filing the Joint Status Report is extended from April 17, 2007 until April 24, 2007.

Dated this 18th day of April, 2007

JUDGE RONALD LEIGHTON

Order Extending the Due Date - 1
for Joint Status Report from
April 17, 2007 to April 24, 2007

ALVIN D. MAYHEW, JR.
ATTORNEY AT LAW
P. O. BOX 247 • 112 WEST MEEKER
PUYALLUP, WASHINGTON 98371
253-845-1791  FAX: 253-840-1656

1

2  Presented by:

3

4  /s/ Alvin D. Mayhew, Jr.
   ALVIN D. MAYHEW, JR. WSBA #36639
5  Attorney for the Plaintiff

6

7  Approved as to form:

8

9  /s/ Patricia D. Gugin "per telephone"
10 Patricia D. Gugin, PABA #54927
   Attorney for the Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Order Extending the Due Date - 2
for Joint Status Report from
April 17, 2007 to April 24, 2007

ALVIN D. MAYHEW, JR.
ATTORNEY AT LAW
P. O. BOX 247 • 112 WEST MEEKER
PUYALLUP, WASHINGTON 98371
253-845-1791  FAX: 253-840-1656